UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
NEW YORK STATE TEAMSTERS CONFERENCE
PENSION & RETIREMENT FUND, by its Trustees,
et. al.

                          Plaintiffs,
          -vs-                                        Case No.: 5:04-CV-0846
                                                                   (FJS)(GHL)
LINDEN MOTOR FREIGHT CO. INC.,

                          Defendants.

## CONSENT JUDGMENT AND ORDER

      IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs, New York State Teamsters Conference Pension & Retirement Fund and its Board of Trustees ("Pension Fund"), and the defendant, Linden Motor Freight Co. Inc. ("Linden"), that Linden shall and does hereby confess judgment and consent to the entry thereof against Linden and in favor of the Pension Fund in the sum of One Hundred Fifty-Five Thousand Twenty-Eight and 38/100 Dollars ($155,028.38).

      That Sanford H. Salz, as an owner and officer of Linden, is fully and duly authorized to confess judgement and consent to the entry thereof against Linden and in favor of the Pension Fund in the sum of One Hundred Fifty-Five Thousand Twenty-Eight and 38/100 Dollars ($155,028.38).

      That this Consent Judgment and Order as against Linden, is for delinquent contributions and related damages justly due the Pension Fund arising from a lawsuit filed in the U.S. District Court for the Northern District of New York captioned <u>New York State Teamsters Conference Pension & Retirement Fund by its Trustees, et. al. v. Linden Motor Freight Co. Inc.</u>, Civil Case Number 5:04-CV-0846.

PARAVATI, KARL, GREEN & DEBELLA

By: _____
Gerald J. Green, Esq. (101850)
Attorneys for Plaintiffs
New York State Teamsters Conference
Pension & Retirement Fund
**Office & P.O. Address**
12 Steuben Park
Utica, New York 13501
(315) 735-6481
email: jgreen06146@yahoo.com

HERBERT NEW and DAVID W. NEW, P.C.

By: _____
David W. New (3611)
Attorneys for Defendant Linden Motor Freight Co., Inc.
**Office & P.O. Address**
300 Broadacres Drive, Third Floor
Bloomfield, New Jersey 07003
(973) 893-9696
email: dnew@newandnewlaw.com

LINDEN MOTOR FREIGHT CO., INC.

By: _____
Sanford H. Satz
As an owner and officer of Linden Motor Freight Co., Inc.,
**Office & P.O. Address**
1300 Lower Road
Linden, New Jersey 07036
(908) 862-1400

**SIGNED AND ORDERED** this 2nd day of MARCH, 2006

_____
Hon. Frederick J. Scullin, Jr.
Chief United States District Court Judge

2